IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 12 PROCEEDING |
| | ) | |
| RANDALL R. GENGENBACH and | ) | CASE NO. 20-41243 BSK |
| MARY J. GENGENBACH, | ) | |
| | ) | |
| Debtors | ) | |

## TRUSTEE'S LIST OF UNCLAIMED FUNDS AND DEPOSIT

COMES NOW James A. Overcash, Chapter 12 Trustee, and deposits with the Clerk of the Bankruptcy Court the sum of $20,739.59. Said funds represent money unclaimed by the following creditor(s) in the following amount(s):

| Creditor | Amount |
|---|---|
| Pioneer | $9,722.90 |
| PHI Financial | $11,016.69 |

The aforementioned payment to the Clerk of the Bankruptcy Court is pursuant to 11 U.S.C. § 347 and Fed. R. Bankr. P. 3011.

DATED:  August 27, 2024

*/s/James A. Overcash*
James A. Overcash
Chapter 12 Trustee
301 South 13th Street, Suite 500
Lincoln, NE  68508-2578
Phone:  (402) 437-8519
Fax:  (402) 437-8558

## CERTIFICATE OF SERVICE

I certify that on August 27, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

- Adam A. Hoesing    ahoesing@simmonsolsen.com
- Jerry Jensen    ustpregion13.om.ecf@usdoj.gov
- John A. Lentz    john@johnlentz.com, secretary@lepantandlentz.com
- David W. Pederson    david@pedersonlawoffice.net, tara@pedersonlawoffice.net
- Matthew D Pederson    matt@pedersonlawoffice.net, tara@pedersonlawoffice.net

and I hereby certify that I have mailed by United States Mail, postage prepaid, the foregoing document to the following non CM/ECF participants:  *None.*

*/s/James A. Overcash*
James A. Overcash