**Fill in this Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Randall | R. | Gengenbach |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the District of Nebraska

Case number: 20-41243 BSK

FILED
24 SEP -9 PM 12: 45
UNITED STATES BANKRUPTCY CLERK
FOR THE DISTRICT OF NEBRASKA
OMAHA

---

Form 1340 (12/23)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimant

| Amount: | $ 20,739.59 |
|---|---|
| Claimant's Name: | Pioneer & PHI Financial Services, Inc. (Subsidiary of Corteva) |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | Street Address: 7100 NW 62nd Ave. Box 1050<br>City: Johnston   State: IA   Zip Code: 50131<br>Phone Number: 515-535-4432<br>Email Address: kim.jones@corteva.com |

### 2. Claimant Information

Applicant[2] represents the following:

- [x] The Claimant is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- [ ] The Claimant (Successor Claimant) is entitled to the unclaimed funds by transfer, assignment, purchase, merger, acquisition, or succession by other means, and below are the name(s) of the Owner of Record and all previous owner(s) of the claim:

  _____

  _____.

- [ ] If the Claimant is a Successor Claimant, Applicant has sent a copy of the application to the Owner of Record and all other previous owner(s) of the claim at their current address or Applicant has enclosed a statement explaining why Applicant was not able to do so or an explanation of why doing so is not necessary.

### 3. Applicant Information

Applicant represents the following:

- [x] Applicant is the Claimant.
- [ ] Applicant is Claimant's representative (e.g., attorney or unclaimed funds locator).
- [ ] Applicant is a representative of the deceased Claimant's estate.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

### 4. Supporting Documentation

☐ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

### 5. Notice to United States Attorney

☐ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Attn: Eric Synowicki
1620 Dodge Street, #1400
Omaha, NE 68102-1321

### 6. Applicant Declaration

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g. 18 U.S.C. § 152.

Date: 08/30/2024

Signature of Applicant: *Kimberly Jones*

Printed Name of Applicant: Kimberly Jones

Address: 7100 NW 62nd Ave Box 1050
Johnston, IA 50131

Telephone: 515-535-4432

Email: kim.jones@corteva.com

### 6. Co-Applicant Declaration (if applicable)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g. 18 U.S.C. § 152.

Date:

Signature of Co-Applicant (if applicable):

Printed Name of Co-Applicant (if applicable):

Address:

Telephone:

Email:

### 7. Notarization

STATE OF Iowa
COUNTY OF Polk

This Application for Unclaimed Funds, dated Sept 03/2024 was subscribed and sworn to before me this 03 day of September, 20 24 by Kimberly Jones who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

*[Notarial wording to be adjusted based on state requirements]*

(SEAL) Notary Public *Maryse Croff*
My commission expires: June 29/26

[Notary stamp: Maryse Croff, Commission Number Notary Public, My Commission Expires June 29, 2026, IOWA]

### 7. Notarization

STATE OF
COUNTY OF

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20___ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

*[Notarial wording to be adjusted based on state requirements]*

(SEAL) Notary Public _____
My commission expires: _____

Print    Save    Page 2

Form 1340 - 12/1/2023    Application for Payment of Unclaimed Funds to:
US Bankruptcy Court, 111 S 18th Plaza, #1125, Omaha, NE 68102