ucdef (05/13)

# UNITED STATES BANKRUPTCY COURT
## District of Nebraska

In Re:

Randall R. Gengenbach and Mary J. Gengenbach

Bankruptcy Proceeding No. 20–41243–BSK
Chapter 12

Debtor(s)

Judge: Brian S. Kruse

## DEFICIENCY NOTICE
## REGARDING REQUEST FOR UNCLAIMED FUNDS

All Requests for Payment of Unclaimed Funds, which have been deposited with the Court pursuant to 11 U.S.C. § 347(a), Fed. R. Bankr. P. 3010 or Fed. R. Bankr. P. 3011, shall be filed in accordance with the procedures established by the Court which are available in the Clerk's office and on the Court's website at www.neb.uscourts.gov/unclaimed–funds.

Unclaimed funds will not be released without an order signed by the Chief Judge of the Bankruptcy Court.
This request will be deemed stricken within 14 days unless the following items are provided.
Your request must be resubmitted to the Court in its entirety with the cured deficiencies.

**The items checked below are deficient:**

- ☐ Current name and address of the claimant
- ☐ Exact amount of the claim
- ☐ Power of Attorney or Assignment
- ☐ Notarized signature of the claimant
- ☐ Proof of service must be filed with this Court indicating that notice of all documents have been mailed to the United States Attorney, Attn: Douglas R. Semisch, 1620 Dodge St., #1400, Omaha, NE 68102–1506
- ☑ Identification documents for individuals (A photocopy of the claimant's current driver's license, state ID card or passport).
- ☐ Documents showing complete chain of progression from one company to the next.
- ☑ Notarized verification that the person signing the application has the authority to do so on behalf of the entity.
- ☑ Social Security Identification Number (Last four numbers)
- ☐

Dated: 10/17/24

Susanne Bartmess
Deputy Clerk

Copies served by the court to:

Pioneer & PHI Financial Services, Inc., 7100 NW 62nd Ave. Box 1050, Johnston, IA 50131

Enc: Nebraska Instructions for Filing the Application for Payment of Unclaimed Funds.